

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00656-CR

Jesus **CARDOSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 371974
Honorable Scott Roberts, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  October 30, 2013

DISMISSED FOR WANT OF JURISDICTION

On September 12, 2011, Appellant Jesus Cardoso was charged by information with "cruelty to non-livestock animal."  Cardoso moved to quash the information, and on October 30, 2012, the trial court granted the State's motion to dismiss the case.  On September 5, 2013, Appellant filed a notice of appeal in this case.  On October 4, 2013, because the clerk's record did not appear to contain an appealable judgment, we ordered Appellant to show cause in writing to this court by October 21, 2013, why this appeal should not be dismissed for want of jurisdiction.  Appellant did not file a response.

The clerk's record does not contain an appealable judgment. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006) (authorizing a defendant in a criminal action to appeal); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final judgment). Therefore, we dismiss this appeal for want of jurisdiction. *See Abbott*, 271 S.W.3d at 697 n.8.

PER CURIAM

DO NOT PUBLISH